10337692

Case 1:17-cr-00130-DLH *SEALED*   Document 13   Filed 06/08/17   Page 1 of 2

Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

United States of America
v.

Deante Demarco Rambus, a/k/a K.P.

Case No.   1:17-cr-130-02

Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Deante Demarco Rambus, a/k/a K.P.          ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone
Distribution of Oxycodone
Possession of Oxycodone with Intent to Distribute
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
Aiding and Abetting
Forfeiture Allegation

Date:   06/08/2017

/s/ Renee Hellwig
*Issuing officer's signature*

City and state:   Bismarck, ND

Renee Hellwig, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 7-25-17
at *(city and state)* Detroit, MI
Date: 7/25/17

*Arresting officer's signature*

Brian Magnas S/A
*Printed name and title*